JUDGE BATTS

**07 CV 3592**

LITTLER MENDELSON
A Professional Corporation
885 Third Avenue, 16th Floor
New York, NY 10022.4834
Telephone: 212.583.9600
Christian L. Feege, Esq.
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA ROCKMORE, <br><br> Plaintiff, <br><br> -against- <br><br> DARRICK E. ANTELL, <br> DARRICK E. ANTELL, M.D., D.D.S., P.C., <br> DARRICK E. ANTELL, M.D., D.D.S., P.C., F.A.C.S. <br> DARRICK E. ANTELL, M.D., F.A.C.S. and <br> DARRICK E. ANTELL, M.D., F.A.C.S., P.C., <br><br> Defendants. | Civil Action No. <br><br> MAY 0 4 2007 <br><br> **FED. R. CIV. P. 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 of the General Rules of the Southern District of New York, to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants DARRICK E. ANTELL, DARRICK E. ANTELL, M.D., D.D.S., P.C., DARRICK E. ANTELL, M.D., D.D.S., P.C., F.A.C.S. DARRICK E. ANTELL, M.D., F.A.C.S. and DARRICK E. ANTELL, M.D., F.A.C.S., P.C., each of which is a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held: NONE.

Dated: New York, New York
May 4, 2007

*/s/ Christina L. Feege*
Christina L. Feege (CL-1474)
LITTLER MENDELSON
A Professional Corporation
885 Third Avenue, 16th Floor
New York, New York 10022.4834
Telephone: 212.583.9600
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA ROCKMORE,<br><br>Plaintiff,<br><br>-against-<br><br>DARRICK E. ANTELL,<br>DARRICK E. ANTELL, M.D., D.D.S., P.C.,<br>DARRICK E. ANTELL, M.D., D.D.S., P.C., F.A.C.S.<br>DARRICK E. ANTELL, M.D., F.A.C.S. and<br>DARRICK E. ANTELL, M.D., F.A.C.S., P.C.,<br><br>Defendants. | Civil Action No.<br><br><br><br>**CERTIFICATION OF SERVICE BY FEDERAL EXPRESS** |

I, **Christina L. Feege** hereby certify that on May 3, 2007, I caused a true and correct copy of the **FED. R. CIV. P. 7.1 STATEMENT** to be served *via* Federal Express upon the following:

Scott A. Lucas, Esq.
Law Offices of Scott A. Lucas
Attorney for Plaintiff
The Lincoln Building - Suite 1001
60 East 42nd Street
New York, New York 10165
(212) 573-6906

I declare under penalty of perjury under the laws of the Untied States of America that the forgoing is true and correct.

Executed this 3rd day of May 2007 in New York, New York.

_____
Christina L. Feege (CL-1474)

82420833.1