**07 CV 3592**

**JUDGE BATTS**

LITTLER MENDELSON
 A Professional Corporation
885 Third Avenue, 16th Floor
New York, NY 10022.4834
Telephone: 212.583.9600

Christina L. Feege, Esq.
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA ROCKMORE,<br><br>                    Plaintiff,<br> -against-<br>DARRICK E. ANTELL,<br>DARRICK E. ANTELL, M.D., D.D.S., P.C.,<br>DARRICK E. ANTELL, M.D., D.D.S., P.C., F.A.C.S.<br>DARRICK E. ANTELL, M.D., F.A.C.S. and<br>DARRICK E. ANTELL, M.D., F.A.C.S., P.C.,<br><br>                    Defendants. | Civil Action No.<br><br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       May 4, 2007

_____
Christina L. Feege (CL-1474)
LITTLER MENDELSON
 A Professional Corporation
885 Third Avenue, 16th Floor
New York, New York 10022.4834
Telephone: 212.583.9600
cfeege@littler.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA ROCKMORE,<br><br>                    Plaintiff,<br><br>-against-<br><br>DARRICK E. ANTELL,<br>DARRICK E. ANTELL, M.D., D.D.S., P.C.,<br>DARRICK E. ANTELL, M.D., D.D.S., P.C., F.A.C.S.<br>DARRICK E. ANTELL, M.D., F.A.C.S. and<br>DARRICK E. ANTELL, M.D., F.A.C.S., P.C.,<br><br>                    Defendants. | Civil Action No.<br><br><br><br>**CERTIFICATION OF SERVICE<br>BY FEDERAL EXPRESS** |

I, **Christina L. Feege** hereby certify that on May 3, 2007, I caused a true and correct copy of a Notice of Appearance to be served *via* Federal Express upon the following:

Scott A. Lucas, Esq.
Law Offices of Scott A. Lucas
Attorney for Plaintiff
The Lincoln Building - Suite 1001
60 East 42nd Street
New York, New York 10165
(212) 573-6906

I declare under penalty of perjury under the laws of the Untied States of America that the forgoing is true and correct.

Executed this 3rd day of May 2007 in New York, New York.

Christina L. Feege (CL-1474)