# EXHIBIT B

# Arent Fox
ATTORNEYS AT LAW

*Privileged & Confidential*
*Attorney-Client Privilege*
*Attorney Work Product*

M. Scott Peeler
212.492.3289 DIRECT
212.484.3990 FAX
peeler.scott@arentfox.com

July 20, 2004

*VIA FEDERAL EXPRESS*

Darrick E. Antell, M.D., F.A.C.S.
850 Park Avenue
New York, New York  10021

Re:   Invoice from Barbara Rockmore's Attorney

Dear Dr. Antell:

Please find enclosed an invoice from Arkin Kaplan LLP in the amount of $3,066.25 related to legal services rendered on behalf of Barbara Rockmore. As we discussed, you should remit payment of this invoice by check as described in the enclosed cover letter dated July 19, 2004.

If you have any questions, please do not hesitate to contact me.

Sincerely,

M. Scott Peeler

Enclosure

cc:   Steven Kimelman, Esq.

**ARKIN KAPLAN LLP**
590 Madison Avenue
New York, NY 10022

(212) 333-0200

June 8, 2004

Barbara Rockmore
c/o Robert J. Eide
Aegis Capital Corp.
590 Madison Avenue. 27th Floor
New York, NY 10022

Invoice#   3240    HJK
Our file#   30510   0002
Billing through   05/31/2004

## PROFESSIONAL SERVICES

|  | Hours | Amount |
|---|---|---|
| Kaplan, Howard J. | 3.20 | $1,600.00 |
| Sullivan, Charles | 3.45 | $1,466.25 |
| Total Services |  | 3,066.25 |

**Billing Summary**

| | |
|---|---|
| Total professional services | $3,066.25 |
| Total of new charges for this invoice | $3,066.25 |
| **Total balance now due** | $3,066.25 |

*Ck 1457*
*7-22-04*

**DARRICK E. ANTELL, M.D., P.C.**
PLASTIC SURGERY
850 PARK AVENUE
NEW YORK, NY 10021

1457

JPMORGAN CHASE BANK
NEW YORK, NY 10021
1-2/210

7/22/2004

PAY TO THE ORDER OF  Arkin Kaplan LLP     $ **3,066.25

Three Thousand Sixty-Six and 25/100************************************************************************ DOLLARS

Arkin Kaplan LLP
590 Madison Avenue
New York, NY 10022

MEMO  File # 30510 0002, Inv. 3240

⑈001457⑈ ⑆021000021⑆ 669501133765⑈      ⑆000030662⑆

0212-0400-5 SRT 03
08032004
ENT=0702 TRC=0703 PK=02
0338790169

PAPER-1057-6< SIGNATURE BANK
VIA INTERCEPT WOODBURY NY
022070707 08/02/2004 14

PAY TO THE ORDER OF
SIGNATURE BANK
026013576
FOR DEPOSIT ONLY
ARKIN KAPLAN LLP
1500172408

PAID
8/03/04 070 01 51
1300287610

3400099287

| | | |
|---|---|---|
| **DARRICK E. ANTELL, M.D., P.C.**<br>PLASTIC SURGERY<br>850 PARK AVENUE<br>NEW YORK, NY 10021 | JPMORGAN CHASE BANK<br>NEW YORK, NY 10021<br>1-2/210 | 1457<br><br>7/22/2004 |

PAY TO THE ORDER OF    Arkin Kaplan LLP    $ **3,066.25

Three Thousand Sixty-Six and 25/100************************************************************************************* DOLLARS

Arkin Kaplan LLP
590 Madison Avenue
New York, NY 10022

MEMO  File # 30510 0002, Inv. 3240

⑈001457⑈  ⑆021000021⑆ 66950113376 5⑈      ⑆000003066 25⑈