# EXHIBIT C

| EMP NBR | EMPLOYEE NAME | T Y P E | RATE | HOURS REG | HOURS OT | EARNINGS REGULAR | EARNINGS OT | EARNINGS 1 BONUS 2 OR II | OTHER EARNINGS | TOTAL EARNINGS | SOC SEC NBR. FICA | FEDERAL | WITHHOLDING TAXES STATE | LOCAL DBL/SUI | VOLUNTARY DEDUCTIONS & OTHER ADJUSTMENTS ADJUSTMENTS | NET PAY | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***0000100 | PAYROLL | | | | | | | | | | | | | | | | |
| 001066 | | | | | | 1565703 | | | | 1565703 | 227033 | 424646 | 118234 MY MVDBL | 120 | | 1000000 | DDVCH 1871 |
| 001065 | | | | 8350 | | 42500 | | | | 42500 | 2635 | | 396 NY MVC MVDBL | 333 120 | | 38400 | 1872 |
| 001064 | EIDE-ROCKMORE BARBARA | | | | | 365000 | | | | 365000 | 22630 5293 | | | | | 337077 | DD 1873 |
| 001065 | | | | | | 207693 138462 | | | | 346155 | 21462 5019 | 70950 NY | 20084 MVC MVDBL | 117773 120 | | 216747 | 1874 |
| 001066 | | | | | | 153222 | | | | 153222 | 9500 2222 | 15510 NY | 6999 MVC MVDBL | 120 | | 118763 | DD 1875 |
| 001067 | | | | 425 | | 21250 | | | | 21250 | 1318 308 | 1105 | | 38 105 | | 18374 | 1876 |
| ***0000200 | 1099 | | | | | | | | | | | | | | | | |
| 001016 | | | | 4850 | | | | | | | | | | | | -242500 | DD 1877 |
| | | | | | | | | | | | | | | | -300000 | 300000 | 1878 |
| >>>> EMPLOYEE HAS A MISSING OR INVALID SOCIAL SECURITY NUMBER <<<< | | | | | | | | | | | | | | | | | |
| | EARNINGS TYPE | HOURS | | EARNINGS | | BONUS | OTHER EARNINGS | TOTAL EARNINGS | SOC. SEC. MEDICARE | FICA | FEDERAL | STATE | LOCAL DBL | | TOTAL EARNINGS VOUCHER NET TOTAL NET | | NBR ENTRIES |
| | REGULAR OVERTIME VACATION HOLIDAY SICK/QUALIFIED SICK/NON-QUAL MISCELLANEOUS | 6125 00 00 00 00 00 00 | VA HO QS NQ MI | 2493830 00 00 00 00 00 00 | | 00 | DE II 00 | 2493830 | 57645 35161 | | 512320 | 145713 LOCAL DBL | 12144 586 | -272500 | 2493830 2001861 2001861 | | 8 |

| EMP NBR | EMPLOYEE NAME | T Y P E | RATE | HOURS REG | HOURS OT | EARNINGS REGULAR | EARNINGS OT | OTHER EARNINGS 1 BONUS 2 OR II | TOTAL EARNINGS | SOC SEC MED. | FEDERAL | STATE | LOCAL DBL/SUI | ADJUSTMENTS | NET PAY | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ****000100 PAYROLL | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | 2000000 | DDVCH 1850 |
| X01000 | EIDE-ROCKMORE BARBARA | | 45000 | 1050 | | 47250 | | | 47250 | 2930 685 | 456 NY | 586 NYC MYDBL | 423 120 | | 42050 | DD 1851 |
| X01001 | | | | | | 3370066 | | | 3370066 | 488606 | 1056173 NY | 264907 NYDBL | 120 | | 183577 | DD 1852 |
| X01002 | | | | | | 240363 | | | 240363 | 14903 3485 | 19747 NY | 11651 NYC NYDBL | 68890 120 | | 102198 | DD 1853 |
| X01003 | | | | | | 120182 | | | 120182 | 7451 1743 | 29890 NY | 3464 NYC NYDBL | 2226 120 | | 388373 | DD 1854 |
| X01004 | | VA | | 1675 | | 360545 | | 60000 | 420545 | 26074 6098 | | | | | 118763 | DD 1855 |
| X01005 | | | | | | 153222 | | | 153222 | 9500 2222 | 15618 NY | 6999 NYDBL | 120 | | 678887 | DD 1855 |
| X01006 | | | | | | 83750 | | | 83750 | 5193 1214 | 5298 NY | 2449 NYC NYDBL | 1589 120 | | 948835 | DD 1855 |
| X01007 | | EM | | 3200 | | 128000 | | | 128000 | 7936 1856 | 14527 NY | 5403 NYC NYDBL | 3323 120 | | 36940 | DD 1857 |
| X01008 | | VA | | 2000 | | | | 40000 | 40000 | 2480 580 | | | | | | |
| ****000200 1099 | | | | | | | | | | | | | | -100000 | -100000 | |
| 0020-A920 | | | | | | | | | | | | | | | | |
| | | | | EARNINGS TYPE | | HOURS | | EARNINGS | BONUS | MEDICARE | | | | | NBR ENTRIES | |
| | | | | REGULAR | | 7925 | | 4142833 | 40000 | 76667 | | | | | | |
| T O T A L S | | | | OVERTIME | | 00 | | 00 | | | | | | | | |
| | | | | VACATION | | 00 | | 420545 | | | | | | | | |
| | | | | HOLIDAY | | 00 | | 00 | | | | | | | | |
| | | | | SICK/QUALIFIED | | 00 | | 00 | | | | | | | | |
| | | | | SICK/NON-QUAL | | 00 | | 00 | | | | | | | | |
| | | | | MISCELLANEOUS | | 00 | | 00 | | | | | | | | |
| | | | | TOTAL | | | | 4603378/ESOC SEC | | 1114799 | 295459 LOCAL | 14441 DBL | 840 SUI | | TOTAL EARNINGS | |
| | | | | | | | | | | | | | | | NET PAY 4603378 | |
| | | | | | | | | | | | | | | | VOUCHER NET 3134623 | |
| | | | | | | | | | | | | | | | TOTAL NET 3134623 | |

DARRICK E ANTELL MD DDS P C    PERIOD END DATE 07/23/04    CHECK DATE 07/20/04    RUN DATE 07/19/04