LITTLER MENDELSON
A Professional Corporation
885 Third Avenue, 16th Floor
New York, New York 10022.4834
212.583.9600

Christina L. Feege, Esq. (1474)
Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA ROCKMORE,<br><br>Plaintiff,<br>-against-<br><br>DARRICK E. ANTELL,<br>DARRICK E. ANTELL, M.D., D.D.S., P.C.,<br>DARRICK E. ANTELL, M.D., F.A.C.S and<br>DARRICK E. ANTELL, M.D., F.A.C.S., P.C.,<br><br>Defendants. | Case No.: 07-cv-3592<br><br>**CERTIFICATE OF SERVICE** |

     I hereby certify that on May 11, 2007, I electronically filed the foregoing Notice of Motion and Motion to Dismiss, Memorandum of Law in Support of Motion to Dismiss and Declaration of Christina L. Feege with the Clerk of the District Court using the CM/ECF systems, which also sent notification of such filing to the following:

                      Scott A. Lucas
                 Attorney for Plaintiff
          The Lincoln Building, Suite 1001
                60 East 42nd Street
             New York, New York 10165

Dated: May 11, 2007                                /s/
      New York, New York                Christina L. Feege (CL-1474)