Law Offices of Scott A. Lucas
60 East 42nd Street, Suite 1001
New York, New York 10165
(212) 573-6906
Scott A. Lucas, Esq. (SL-6316)
*Attorneys for Plaintiff Barbara Rockmore*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

BARBARA ROCKMORE,                                    07-CV-3592 (DAB)

                             *Plaintiff*,

   -against-                                                                   **DEMAND FOR JURY TRIAL**

DARRICK E. ANTELL,
DARRICK E. ANTELL, M.D., D.D.S., P.C.,
DARRICK E. ANTELL, M.D., D.D.S., P.C., F.A.C.S.,
DARRICK E. ANTELL, M.D., F.A.C.S. and
DARRICK E. ANTELL, M.D., F.A.C.S., P.C.,

                             *Defendants*.
-------------------------------------------------------X

To:    Christina L. Feege
        Littler Mendelson P.C.
        885 Third Ave., 16th Fl.
        New York, NY 10022-4834

Please take notice that, pursuant Rules 38 and 81(c) of the Federal Rules of Civil Procedure, Plaintiff Barbara Rockmore demands a jury trial in the above action of all legal claims and all issues properly triable by jury.  This demand is made and served within 10 days after service on Plaintiff of the notice of filing of the removal herein.

Dated: New York, New York        Law Offices of Scott A. Lucas
       May 14, 2007                   60 East 42nd Street, Suite 1001
                                                New York, New York 10165
                                                (212) 573-6906
                                                Scott A. Lucas, Esq. (SL-6316)
                                                *Attorneys for Plaintiff Barbara Rockmore*

                                                By_____/s/_____
                                                      Scott A. Lucas (SL-6316)