Law Offices of Scott A. Lucas
60 East 42nd Street, Suite 1001
New York, New York 10165
(212) 573-6906
Scott A. Lucas, Esq. (SL-6316)
*Attorneys for Plaintiff Barbara Rockmore*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

BARBARA ROCKMORE,                                      07-CV-3592 (DAB)

                *Plaintiff*,

  -against-                                              **NOTICE OF APPEARANCE**

DARRICK E. ANTELL,
DARRICK E. ANTELL, M.D., D.D.S., P.C.,
DARRICK E. ANTELL, M.D., D.D.S., P.C., F.A.C.S.,
DARRICK E. ANTELL, M.D., F.A.C.S. and
DARRICK E. ANTELL, M.D., F.A.C.S., P.C.,

                *Defendants*.
-------------------------------------------------------X

To:    Christina L. Feege
        Littler Mendelson P.C.
        885 Third Ave., 16th Fl.
        New York, NY 10022-4834

Please take notice that the undersigned law firm hereby appears as counsel of record for Plaintiff Barbara Rockmore, and demands that a copy of any pleadings and notices in this action be served on the undersigned.

Dated:  New York, New York
          May 14, 2007

                              Law Offices of Scott A. Lucas
                              60 East 42nd Street, Suite 1001
                              New York, New York 10165
                              (212) 573-6906
                              Scott A. Lucas, Esq. (SL-6316)
                              *Attorneys for Plaintiff Barbara Rockmore*

                              By_____/s/_____
                                Scott A. Lucas (SL-6316)