Law Offices of Scott A. Lucas
60 East 42nd Street, Suite 1001
New York, New York 10165
(212) 573-6906
Scott A. Lucas, Esq. (SL-6316)
*Attorneys for Plaintiff Barbara Rockmore*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BARBARA ROCKMORE,                                         07-CV-3592 (DAB)

          *Plaintiff*,

                                                                        **DECLARATION OF**
   -against-                                        **SCOTT A. LUCAS**

DARRICK E. ANTELL,
DARRICK E. ANTELL, M.D., D.D.S., P.C.,
DARRICK E. ANTELL, M.D., D.D.S., P.C., F.A.C.S.,
DARRICK E. ANTELL, M.D., F.A.C.S. and
DARRICK E. ANTELL, M.D., F.A.C.S., P.C.,

          *Defendants*.
-----------------------------------------------------------------X

      Scott A. Lucas, an attorney duly admitted to practice before this Court, hereby declares under penalty of perjury:

      1.    I am Plaintiff's counsel in the above action. I submit this Declaration for the purpose of annexing a true copy of Plaintiff's Amended Complaint filed as of right on May 25, 2007.

Dated: New York, New York
        May 25, 2007

                                                          /s/
                                             Scott A. Lucas (SL-6316)

# EXHIBIT "1"

# AMENDED COMPLAINT