Law Offices of Scott A. Lucas
60 East 42nd Street, Suite 1001
New York, New York 10165
(212) 573-6906
Scott A. Lucas, Esq. (SL-6316)
*Attorneys for Plaintiff Barbara Rockmore*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

BARBARA ROCKMORE,                                         07-CV-3592 (DAB)

                           *Plaintiff*,

                                            **CERTIFICATE OF**
   -against-                                      **SERVICE**

DARRICK E. ANTELL,
DARRICK E. ANTELL, M.D., D.D.S., P.C.,
DARRICK E. ANTELL, M.D., D.D.S., P.C., F.A.C.S.,
DARRICK E. ANTELL, M.D., F.A.C.S. and
DARRICK E. ANTELL, M.D., F.A.C.S., P.C.,

                           *Defendants*.
-------------------------------------------------------------X

       I hereby certify under penalty of perjury that on May 25, 2007, I served a true copy of Plaintiff's Amended Complaint by electronically transmitting same to Christina L. Feege, Esq., counsel for the above-named Defendants, and that on May 29, 2007, I serve another copy of said Amended Complaint by first class mail, from within New York State, in a postage-paid envelope placed in an official depository of the U.S. Post Office, addressed as follows:

       Christina L. Feege, Esq.
       Littler Mendelson
       885 Third Avenue, 16th Fl.
       New York, NY 10022-4834

Dated: New York, New York
       May 29, 2007

                                                      /s/
                                          Scott A. Lucas (SL-6316)