LITTLER MENDELSON
A Professional Corporation
885 Third Avenue, 16th Floor
New York, New York 10022.4834
212.583.9600

Christina L. Feege, Esq. (1474)
Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA ROCKMORE,<br><br>               Plaintiff,<br>  -against-<br><br>DARRICK E. ANTELL,<br>DARRICK E. ANTELL, M.D., D.D.S., P.C.,<br>DARRICK E. ANTELL, M.D., F.A.C.S and<br>DARRICK E. ANTELL, M.D., F.A.C.S., P.C.,<br><br>               Defendants. | Case No.: 07-CV-3592<br><br>**NOTICE OF MOTION TO<br>DISMISS AMENDED<br>COMPLAINT** |

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO PLAINTIFF, BARBARA ROCKMORE, AND TO HER ATTORNEY OF RECORD, SCOTT A. LUCAS, ESQ.**

PLEASE TAKE NOTICE that pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Darrick E. Antell; Darrick E. Antell, M.D., D.D.S., P.C.; Darrick E. Antell, M.D., D.D.S., P.C., F.A.C.S.; Darrick E. Antell, M.D., F.A.C.S.; and Darrick E. Antell, M.D., F.A.C.S., P.C. (hereinafter "Defendants") will and hereby do move the above-captioned Court, returnable at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be set by the Court if oral argument is desired, for an order dismissing Plaintiff's Amended Complaint.

Defendants will and hereby do also move for such other and further relief as may be just, proper and equitable.

This Motion is based on Plaintiff's Amended Complaint dated May 25, 2007; Defendants' Memorandum of Law in Support of Motion to Dismiss Amended Complaint dated June 14, 2007; the Declaration of Christina L. Feege, Esq. dated June 14, 2007, and the exhibits annexed thereto; and on such other and further argument and evidence as the Court deems necessary for the adjudication of this Motion.

Dated: June 14, 2007

                LITTLER MENDELSON
                A Professional Corporation
                By:
                     /S/
                Christina L. Feege, Esq. (1474)
                Attorneys for Defendant
                885 Third Avenue
                New York, New York 10022
                (212) 583-9600