UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA ROCKMORE,<br><br>     Plaintiff,<br> -against-<br><br>DARRICK E. ANTELL,<br>DARRICK E. ANTELL, M.D., D.D.S., P.C.,<br>DARRICK E. ANTELL, M.D., F.A.C.S and<br>DARRICK E. ANTELL, M.D., F.A.C.S., P.C.,<br><br>     Defendants. | Case No.: 07-CV-3592<br><br>**DECLARATION OF<br>CHRISTINA L. FEEGE** |

  Christina L. Feege, an attorney duly admitted to this court, hereby declares under penalty of perjury as follows:

  1.  I am an shareholder with the firm of Littler Mendelson, P.C., attorneys of record for the Defendants in this action. I submit this declaration and the documents annexed thereto in support of Defendants' motion to dismiss the Amended Complaint.

  2.  Attached hereto as **Exhibit A** is a true and accurate copy of the Release agreement referenced in Defendants' Memorandum of Law in Support of Motion to Dismiss Amended Complaint.

  3.  Attached hereto as **Exhibit B** is a true and accurate copy of billing records of the law firms of Arent Fox and Arkin Kaplan LLC, and Defendants' check dated July 22, 2004 referenced in Defendants' Memorandum of Law in Support of Motion to Dismiss Amended Complaint.

  4.  Attached hereto as **Exhibit C** is a true and accurate copy of the payroll register referenced in Defendants' Memorandum of Law in Support of Motion to Dismiss Amended Complaint.

Dated: June 14, 2007

                     /S/
                  Christina L. Feege