# EXHIBIT B

# Arent Fox
ATTORNEYS AT LAW

*Privileged & Confidential*
*Attorney-Client Privilege*
*Attorney Work Product*

M. Scott Peeler
212.492.3289 DIRECT
212.484.3990 FAX
peeler.scott@arentfox.com

July 20, 2004

VIA FEDERAL EXPRESS

Darrick E. Antell, M.D., F.A.C.S.
850 Park Avenue
New York, New York 10021

Re: Invoice from Barbara Rockmore's Attorney

Dear Dr. Antell:

Please find enclosed an invoice from Arkin Kaplan LLP in the amount of $3,066.25 related to legal services rendered on behalf of Barbara Rockmore. As we discussed, you should remit payment of this invoice by check as described in the enclosed cover letter dated July 19, 2004.

If you have any questions, please do not hesitate to contact me.

Sincerely,

M. Scott Peeler

Enclosure

cc: Steven Kimelman, Esq.

Arent Fox PLLC
1675 Broadway    New York, NY 10019-5820    212.484.3900 PHN    NEW YORK    WASHINGTON, DC
                                                                212.484.3990 FAX    www.arentfox.com

**ARKIN KAPLAN LLP**
590 Madison Avenue
New York, NY 10022

(212) 333-0200

June 8, 2004

Barbara Rockmore
c/o Robert J. Eide
Aegis Capital Corp.
590 Madison Avenue, 27th Floor
New York, NY 10022

Invoice# 3240   HJK
Our file# 30510   0002
Billing through   05/31/2004

## PROFESSIONAL SERVICES

| | Hours | Amount |
|---|---|---|
| Kaplan, Howard J. | 3.20 | $1,600.00 |
| Sullivan, Charles | 3.45 | $1,466.25 |
| Total Services | | 3,066.25 |

## Billing Summary

| | |
|---|---|
| Total professional services | $3,066.25 |
| Total of new charges for this invoice | $3,066.25 |
| Total balance now due | $3,066.25 |

*Ck 1457*
*7-22-04*

**DARRICK E. ANTELL, M.D., P.C.**
PLASTIC SURGERY
850 PARK AVENUE
NEW YORK, NY 10021

JPMORGAN CHASE BANK
NEW YORK, NY 10021
1-2/210

1457

7/22/2004

PAY TO THE ORDER OF   Arkin Kaplan LLP                              $ **3,066.25

Three Thousand Sixty-Six and 25/100************************************************************ DOLLARS

Arkin Kaplan LLP
590 Madison Avenue
New York, NY 10022

MEMO  File # 30510 0002, Inv. 3240

[signature]

⑈001457⑈ ⑉021000021⑉ 66950113376 5⑈        ⑈000030 6625⑈

---

0212-0400-5 SRT 63
00032004
ENT=0702 TRC=0703 PK=02
0338790169

PAPER-1357-64   SIGNATURE BANK
VIA INTERCEPT, WOODBURY NY
0226707370  08/02/2004  14

PAY TO THE ORDER OF
SIGNATURE BANK
026013576
FOR DEPOSIT ONLY
ARKIN KAPLAN LLP
1500172408

A/D 1
/03/04  070  01 51
300287610

3400099287

```
                                                                                    1457
DARRICK E. ANTELL, M.D., P.C.           JPMORGAN CHASE BANK
     PLASTIC SURGERY                    NEW YORK, NY 10021
      850 PARK AVENUE                          1-2/210
     NEW YORK, NY 10021                                              7/22/2004

                                                              $  **3,066.25
PAY TO THE   Arkin Kaplan LLP
ORDER OF

Three Thousand Sixty-Six and 25/100**********************************************  DOLLARS

    Arkin Kaplan LLP
    590 Madison Avenue
    New York, NY 10022

MEMO  File # 30510 0002, Inv. 3240                    [signature]
```