# EXHIBIT C

0020-A920   DARRICK E ANTELL MD DDS P C   ( PERIOD END DATE 08/06/04   CHECK DATE 08/06/04 )   RUN DATE 08/02/04

| EMP NBR | EMPLOYEE NAME | TYPE | RATE | HOURS REG | HOURS OT | HOURS REGULAR | EARNINGS OT | EARNINGS 1 OR II | BONUS | OTHER EARNINGS | TOTAL EARNINGS | SOC SEC MED. | FEDERAL | STATE | LOCAL DBL/SUI | TOTAL VOLUNTARY DEDUCTIONS & OTHER ADJUSTMENTS | ADJUSTMENTS | NET PAY | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H00100 | PAYROLL | | | | | | | | | | | | | | | | | |
| 11002 | 0000100 | | | | | | | | | | | | | | | | 1000000 | DDVCH 1871 |
| 11003 | 0000200 1088 | | | | | | | | | | | | | | | | 38400 | 1872 |
| 11061 | HEIDE-RUCKMORE BARBARA | | | 8500 | | 425000 | | | | | 425000 | 22650 5293 | 424646 NY | 118234 NYDBL | 120 | | 3370077 | DD 1873 |
| 11066 | | | | | | | | | | | | | | | | | 118763 | DD 1875 |
| 11044 | | | | | | 365000 | | | | | 365000 | 26350 616 | NY | 396 NYDBL | 333 120 | | 216747 | DD 1874 |
| 11056 | | | | | | 1532222 | | | | | 1532222 | 95000 2822 | 156818 NY | 6999 NYDBL | 120 NYC NYDBL | | 18374 | 1876 |
| 11063 | | | | | | 207695 138462 | | | | | 346155 | 21462 5019 | 70950 NY | 200084 NYC NYDBL | 11773 120 NYC NYDBL | | | |
| 11065 | | | | 425 | | 21250 | | | | | 21250 | 1318 308 | 1105 | | 36 105 | | -242500 | DD 1877 |
| 11052 | | | | 4850 | | 1565703 | | | | | 1565703 | 227003 | | | | | -300000 | 30000 1878 |
| | >>>> EMPLOYEE HAS A MISSING OR INVALID SOCIAL SECURITY NUMBER! <<<< | | | | | | | | | | | | | | | | -272500 | 8 |

| EARNINGS TYPE | HOURS | EARNINGS | BONUS | OTHER EARNINGS | TOTAL EARNINGS | FICA | FEDERAL | STATE | LOCAL DBL/SUI | | | NBR ENTRIES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 6125 | 2493830 | | | 2493830 | SOC SEC 57545 | 512320 | 145713 | LOCAL 12144 | | TOTAL EARNINGS | 2493830 |
| OVERTIME | 00 | 00 | | | | MEDICARE 56161 | | DBL | SUI 5886 | | NET PAY | 2001861 |
| VACATION | 00 | 00 | DE II 00 | | | | | | | | VOUCHER NET | 2001861 |
| HOLIDAY | 00 | 00 | | | | | | | | | TOTAL NET | 2001861 |
| SICK/QUALIFIED | 00 | 00 | | | | | | | | | | |
| SICK/NON-QUAL | 00 | 00 | | | | | | | | | | |
| MISCELLANEOUS | 00 | 00 | | | | | | | | | | |

>>> EMPLOYEE HAS A MISSING OR INVALID SOCIAL SECURITY NUMBER! <<<

DARRICK E ANTELL MD DDS P C

| EMP NBR | EMPLOYEE NAME | TYPE | RATE | HOURS REG | HOURS OT | EARNINGS REGULAR | EARNINGS OT | EARNINGS BONUS 1 or 2 or II | OTHER EARNINGS | TOTAL EARNINGS | SOC SEC MED FICA | FEDERAL | STATE | LOCAL DBL/SUI | ADJUSTMENTS | NET PAY | CHK NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *** 0000100 PAYROLL | | | | | | | | | | | | | | | | | |
| 1066 | | | | | | | | | | | | | | | | 2000000 | DD/CH 1850 |
| 1059 | | | 45000 | 1050 | | 472250 | | | | 472250 | 29300 685 | 456 | 586 NY | 423 MYDBL 120 | | 420050 | 1851 |
| *** 0000200 1099 | | | | | | | | | | | | | | | | | |
| 1058 PLEIDE-ROCKMORE BARBARA | | | | | | 3370066 | | | | 3370066 | 488606 3495 | 1056173 | 264907 NY | 68890 MYDBL 120 | | 1835577 | DD 1852 |
| 1057 | | | | 1675 | | 1201B2 | | | | 1201B2 | 74511 1743 | 19747 NY | 11651 NYDBL | 2226 NYDBL 120 | | 1021B8 | DD 1853 |
| 1056 | | | | | | 2403B5 | | | | 2403B5 | 14903 3485 | 29B90 NY | 3464 NYC MYDBL | 6880 NYDBL 120 | | 3B8B73 | DD 1854 |
| 1055 | | | | 1675 | | B3750 | | | | B3750 | 51932 1214 | 5298 NY | 2449 NYC MYDBL | 1589 NYDBL 120 | | 67B897 | DD 1855 |
| 1054 | | | | 1675 | | 153222 | | | | 153222 | 9500 2222 | 15618 NY | 6999 NYDBL | 3329 120 | | 11B763 | DD 1856 |
| 1053 | | | | 1675 | | 3605AB | | | | 4205AB | 26074 6098 | | | | | | 1857 |
| 1046 | | | | | | | | 40000 | 40000 | | 2480 580 | | | | | 36940 | DD 1858 |
| 1045 | | | 40000 | 3200 | | 128000 | | | | 128000 | 7936 1856 | 14527 NY | 5403 NYC MYDBL | | | 94B35 | 1868 |
| 1048 | | | | 2000 | | | | | | | | | | | -100000 | 100000 | DD 1869 |
| | | | | | | | | | | | | | | | | | 10 |
| | EARNINGS TYPE | | HOURS | EARNINGS | | OTHER EARNINGS BONUS | | | TOTAL EARNINGS | FICA SOC SEC MEDICARE | FEDERAL | STATE | LOCAL DBL/SUI | | | | |
| | REGULAR | | 7925.00 | 4142835 | | 40000 | | | 4603378 | 76467 66749 | 1114799 | 295459 | 14441 | | | | |
| | OVERTIME | | .00 | .00 | | TYPE II | | | | | | | LOCAL DBL 84AV | | | | |
| | VACATION | VA | .00 | 420545 | | .00 | | | | | | | | | | | |
| | HOLIDAY | HO | .00 | .00 | | | | | | | | | | | | | |
| | SICK/QUALIFIED | NS | .00 | .00 | | | | | | | | | | | | | |
| | SICK/NON-QUAL | NS | .00 | .00 | | | | | | | | | | | | | |
| | MISCELLANEOUS | MI | .00 | .00 | | | | | | | | | | | | | |

0020-A920    PERIOD END DATE 07/23/04    CHECK DATE 07/20/04    RUN DATE 07/19/04

TOTAL EARNINGS: 4603378
NET PAY: 3134623
VOUCHER NET: 3134623
TOTAL NET: 3134623