UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARBARA ROCKMORE,

                Plaintiff,

-against-

DARRICK E. ANTELL,
DARRICK E. ANTELL, M.D., D.D.S., P.C.,
DARRICK E. ANTELL, M.D., F.A.C.S and
DARRICK E. ANTELL, M.D., F.A.C.S., P.C.,

                Defendants.

Case No.: 07-CV-3592

**CERTIFICATE OF SERVICE**

Electronically Filed

**Omar Barclay**, hereby declares and states:

1. I am not a party to this action, am over the age of eighteen years and reside in Kings County, New York.

2. On June 14, 2007, I electronically filed the annexed Motion to Dismiss Plaintiff's Amended Complaint with the Clerk of the District Court using the CM/ECF systems, which sent notification of such filing to the following:

Scott A. Lucas, Esq. (SL-6316)
Law Offices of Scott A. Lucas
Attorneys for Plaintiff Barbara Rockmore
60 East 42nd Street, Suite 1001
New York, New York 10165
(212) 573-6906

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:    June 14, 2007
                   New York, New York

_____
Omar Barclay