MEMO ENDORSED    



June 26, 2007

Christina L. Feege
Direct: 212.583.2676
Direct Fax: 212.832.2719
cfeege@littler.com

*Via Federal Express*

Hon. Deborah A. Batts
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2510
New York, New York 10007

Re:    *Rockmore v. Antell et al.*, 07-CV-3592

Dear Judge Batts:

We represent Defendants in the above referenced matter. As the Court may be aware, Defendants filed a motion to dismiss the Amended Complaint on June 14th. Due to the fact that I will be out of the country when Plaintiff's opposition is due, subject to the Court's approval, the parties have agreed to modify the briefing schedule for this motion, such that Plaintiff's opposition will be due on July 9th and Defendants' reply, if any, will be due July 16th.    granted /DAB/

Should the Court have any questions concerning this matter, I can be reached at 212.583.2676.

Respectfully submitted,

Christina L. Feege

cc:    Scott A. Lucas, Esq. (via e-mail)

SO ORDERED

Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED
THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠
885 Third Avenue, New York, New York 10022.4834 Tel: 212.583.9600 Fax: 212.832.2719 www.littler.com