UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA ROCKMORE,<br><br>                    Plaintiff,<br>-against-<br><br>DARRICK E. ANTELL,<br>DARRICK E. ANTELL, M.D., D.D.S., P.C.,<br>DARRICK E. ANTELL, M.D., F.A.C.S and<br>DARRICK E. ANTELL, M.D., F.A.C.S., P.C.,<br><br>                    Defendants. | Case No.: 07-CV-3592<br><br>**DECLARATION OF**<br>**CHRISTINA L. FEEGE** |

Christina L. Feege, an attorney duly admitted to this court, hereby declares under penalty of perjury as follows:

1.  I am an shareholder with the firm of Littler Mendelson, P.C., attorneys of record for the Defendants in this action. I submit this declaration and the document annexed thereto in support of Defendants' motion to dismiss the Amended Complaint.

2.  Attached hereto as **Exhibit A** is a true and accurate copy of the transfer executed August 10 and 17, 2004, for Plaintiff's 401(k) and Profit Sharing plan referenced in Defendants' Memorandum of Law in Further Support of Motion to Dismiss Amended Complaint.

Dated: July 16, 2007

                                    /S/
                              Christina L. Feege

# EXHIBIT A



# Fidelity®

## FIDELITY PREFERRED SERVICES℠

**2004 Investment Report**
January 1, 2004 - December 31, 2004

Online — Fidelity.com
FAST(sm)-Automated Telephone — 800-544-5555
Preferred Services — 800-544-6565

Envelope 235126206

DARRICK E ANTELL MD DDS PC
BARBARA ROCKMORE
PO BOX 852
NEW YORK NY 10021-0002

▶ Your 2004 Investment Report summarizes activity in your Fidelity accounts for the past year. In order to provide better tax preparation service to our customers, your realized gain/loss information, cost basis information, and tax-exempt income from Fidelity Funds information are consolidated on Form(s) 1099. You will receive your Form(s) 1099 and your IRA summary statement, Form 5498, under separate cover.

## Fidelity Funds Non-Prototype  2BT-687529   DARRICK E ANTELL - TRUSTEE - DARRICK E ANTELL MD DDS PC 401K PENSION AND PS PLAN FOR THE BENEFIT OF BARBARA ROCKMORE

### 2004 Account Summary

| | | Income Summary | |
|---|---|---|---|
| Beginning value as of Jan 1 | $37,999.49 | Tax-deferred | $8.22 |
| Additions | 11,861.26 | | |
| Transfers between Fidelity accounts | -48,588.11 | | |
| Change in investment value | -1,272.64 | | |
| Ending value as of Dec 31 | $0.00 | | |

### Holdings as of Dec 31, 2004  (for holdings with activity this period)

| | Symbol/Fund Number | % of Holdings | Shares Dec 31, 2004 | Price per Share Dec 31, 2004 | Income Earned | Total Value Dec 31, 2004 |
|---|---|---|---|---|---|---|
| Total Income earned on positions no longer held | | | | | $8.22 | |
| Total 2004 Income Earned | | | | | $8.22 | |

## Transaction Details

# Fidelity

## FIDELITY PREFERRED SERVICES℠

### Fidelity Funds Non-Prototype  2BT-687529   DARRICK E ANTELL - TRUSTEE - DARRICK E ANTELL MD DDS PC 401K PENSION AND PS PLAN FOR THE BENEFIT OF BARBARA ROCKMORE

**2004 Investment Report**
January 1, 2004 - December 31, 2004

| Activity Security | Date | Description | Shares | Price per Share | Transaction Amount | Total Value |
|---|---|---|---|---|---|---|
| FIDELITY CASH RESERVES | | | | | | $257.13 |
| | 1/1 | BEGINNING BALANCE | 257.130 | $1.00 | $0.17 | |
| | 1/30 | DIVIDEND RECEIVED | | | 0.17 | |
| | 1/30 | Reinvestment | 0.170 | 1.00 | | |
| | 2/27 | DIVIDEND RECEIVED | | | 0.17 | |
| | 2/27 | Reinvestment | 0.160 | 1.00 | 0.16 | |
| | 3/31 | DIVIDEND RECEIVED | | | 0.17 | |
| | 3/31 | Reinvestment | 0.170 | 1.00 | 0.16 | |
| | 4/30 | DIVIDEND RECEIVED | | | 0.17 | |
| | 4/30 | Reinvestment | 0.160 | 1.00 | 0.16 | |
| | 5/28 | DIVIDEND RECEIVED | | | 0.17 | |
| | 5/28 | Reinvestment | 0.170 | 1.00 | 0.17 | |
| | 6/30 | DIVIDEND RECEIVED | | | 0.16 | |
| | 6/30 | Reinvestment | 0.160 | 1.00 | 0.16 | |
| | 7/30 | DIVIDEND RECEIVED | | | 0.20 | |
| | 7/30 | Reinvestment | 0.200 | 1.00 | 0.20 | |
| | 8/10 | PURCHASE | 11,861.260 | 1.00 | 11,861.26 | |
| | 8/17 | CHECK RECEIVED | | | | |
| | 8/17 | DIVIDEND RECEIVED | | | 2.63 | |
| | 8/17 | Reinvestment | 2.630 | 1.00 | 2.63 | |
| | 8/17 | Transferred TO 480-885711 | -12,119.580 | 1.00 | -12,119.58 | |
| | 8/17 | Transferred TO 480-885711 | -2.630 | 1.00 | -2.63 | |
| | 12/31 | ENDING BALANCE | | | | $0.00 |
| FIDELITY CONTRAFUND | | | | | | $21,724.86 |
| | 1/1 | BEGINNING BALANCE | 440.220 | 49.35 | 4.40 | |
| | 2/6 | DIVIDEND RECEIVED | | | 4.40 | |
| | 2/6 | Reinvestment | 0.087 | 50.29 | | |



0001    050106 0004 235126206    01 04 020    Page 2 of 5

# Fidelity Investments 

## FIDELITY PREFERRED SERVICES℠

**2004 Investment Report**
January 1, 2004 - December 31, 2004

**Fidelity Funds Non-Prototype 28T-687529**
DARRICK E ANTELL - TRUSTEE - DARRICK E ANTELL MD DDS PC 401K PENSION AND PS PLAN FOR THE BENEFIT OF BARBARA ROCKMORE

### Transaction Details

**Activity**

| Security | Date | Description | Shares | Price per Share | Transaction Amount | Total Value |
|---|---|---|---|---|---|---|
| FIDELITY GROWTH COMPANY | | | | | | $0.00 |
| | 8/17 | Transferred TO 480-885711 | -440.307 | 48.74 | -21,460.56 | |
| | 12/31 | ENDING BALANCE | | | | $0.00 |
| FIDELITY AGGRESSIVE GROWTH | | | | | | $0.00 |
| | 1/1 | BEGINNING BALANCE | 168.793 | 50.07 | $8,451.47 | |
| | 8/17 | Transferred TO 480-885711 | -168.793 | 46.24 | -7,804.99 | |
| | 12/31 | ENDING BALANCE | | | | $0.00 |
| FIDELITY SELECT BIOTECHNOLOGY | | | | | | |
| | 1/1 | BEGINNING BALANCE | 351.937 | 14.93 | $5,254.42 | |
| | 8/17 | Transferred TO 480-885711 | -351.937 | 14.09 | -4,958.79 | |
| | 12/31 | ENDING BALANCE | 44.903 | 51.48 | $2,311.61 | |
| | | | -44.903 | 49.92 | -2,241.56 | |

**Additions**

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 8/10 | CHECK RECEIVED | $11,861.26 | Total | | $11,861.26 |

**Additional Information About Your Annual Investment Report**

A copy of your Annual Investment Report is available to:

SCHNEIDER, SCHECTER & YOSS PC

BARBARA ROCKMORE

PENSION INNOVATIONS/CONSULTING

0001                                             050106 0004 235126206        01 04 020

Page 3 of 5

# Fidelity Investments

## Your 2004 Fidelity Investment Report

Your year-end Fidelity Investment Report summarizes activity in your Fidelity account(s) for the past year. This report makes it easier for you to prepare your taxes and to assess whether your investments still suit your needs. This is not a tax form. Do not file this form with your tax return. It does not replace the tax forms you will receive such as IRS Form 1099 or Form 5498. Please refer to the instructions on each tax form for reporting tax information to the IRS.

Under separate cover you will receive the following tax forms if you had specific types of activity in your account(s):

- Form 1099-DIV if you own a non-retirement account and received dividends, capital gain distributions, or other reportable distributions;
- Form 1099-B if you own a non-retirement account and redeemed or exchanged shares from a stock or bond mutual fund, or if you sold individual securities;
- Form 1099-INT if you own a non-retirement account and received taxable interest payments;
- Form 1099-OID if you own a non-retirement account and held certain individual bonds originally issued at a discount;
- Form 1099-MISC if you received royalty payments and/or certain substitute payments, such as those in lieu of dividends and tax-exempt interest
- Form 1099-R if you took a distribution from a retirement account or recharacterized an IRA contribution;
- Form 5498 if you have a Fidelity IRA, Form 5498 reports contributions and the year-end fair market value of your Traditional IRA, Roth IRA, Rollover IRA, SEP-IRA, or SIMPLE-IRA.

Please keep this report with your permanent records for future reference. If you request a reprint of your statement, the disclosure information provided with your reprint may or may not be the same as the disclosure information provided with your original statement. If you have a question about your account, call us 24 hours a day, 7 days a week at the phone number provided on the front of this report. There is a maintenance period when some services may not be available.

Additional Investments to Your Account with Fidelity Investments: For deposits in mutual fund non-retirement accounts make checks payable to the specific mutual fund and for deposits to Fidelity retirement accounts (all account types) make checks payable to Fidelity Investments. For deposits to brokerage accounts designate whether your account number on your check and for deposits in retirement accounts (NFS). Please include your account number on your check and for deposits to National Financial Services LLC accounts to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

## Your Asset Allocation

Asset allocation is a method of diversifying your investments among asset classes (e.g., stocks, bonds, short-term instruments). We believe that you should use asset allocation principles to create a portfolio that helps meet your needs and that you should review your portfolio of investments at least once a year to help you decide if it still suits your needs.

Current Allocation. To help you determine your current asset allocation, we are providing a snapshot of your Fidelity asset mix. We sorted your Fidelity holdings into four asset categories: Stocks, Bonds, Short-Term Instruments, and Non-Classified. The following table summarizes the representation of individual holdings in your asset allocation pie chart:

| ASSET CATEGORY | TYPES OF INVESTMENTS |
|---|---|
| Stocks | • Fidelity and non-Fidelity funds that invest primarily in stocks<br>• Individual stocks<br>• American Depositary Receipts (ADRs) |
| Bonds | • Fidelity and non-Fidelity funds that invest primarily in bonds<br>• Individual bonds<br>• CDs with at least 1 year to maturity |
| Short-Term Instruments | • Fidelity and non-Fidelity money market funds<br>• Bankers' Acceptances and Commercial Paper<br>• CDs with less than 1 year until maturity<br>• Individual bonds with less than 1 year until maturity |
| Non-Classified | • Non-Fidelity funds not classified as primarily investing in one asset class (stock, bond, or short-term). Included in this group are convertible securities, Fidelity funds, balanced income funds, flexible portfolio funds, and balanced funds.<br>• Non-Fidelity funds not classified as stock, bond, or short-term at the time we generated this report<br>• Precious metals (bullion, coins)<br>• Options<br>• Warrants and Rights<br>• REITs, UITs, and Limited Partnerships |

Some Fidelity mutual funds ("blended funds") invest a significant amount of their portfolios in more than one asset class. The following funds are apportioned across asset classes based on their neutral mix, which represents the way the Funds' managers will generally be allocated. This mix may vary based on the current outlook for different markets. If you own any of the following funds, as of September 30, 2004, your assets in the fund were allocated as follows:

- Fidelity Asset Manager: 52% stocks, 32% bonds, 15% short-term
- Fidelity Asset Manager: Aggressive® 87% stocks, 9% bonds and 4% short-term
- Fidelity Asset Manager: Growth® 74% stocks, 16% bonds, 10% short-term
- Fidelity Asset Manager: Income® 25% stocks, 43% bonds, 32% short-term
- Fidelity Balanced Fund 68% stocks, 31% bonds, 1% convertibles
- Fidelity Puritan® Fund 63% stocks, 31% bonds, 1% convertibles, 5% short-term
- Fidelity Four-in-One Index Fund 55.0% Spartan® 500 Index Fund, 15.4%, Spartan® 0001 050106 0004 235 126206 01 04 020

The percentages listed below represent each of the following funds' actual allocation as of September 30, 2004:

Extended Market Index Fund, 15.2%, Spartan® International Index Fund, and 14.4%, Fidelity U.S. Bond Index Fund.

| Fund | Allocation |
|---|---|
| Fidelity Freedom 2000 Fund® | 26% stock funds, 42% bond funds, 32% money market funds |
| Fidelity Freedom 2010 Fund® | 47% stock funds, 44% bond funds, 9% money market funds |
| Fidelity Freedom 2020 Fund® | 70% stock funds, 30% bond funds, 0% money market funds |
| Fidelity Freedom 2030 Fund® | 82% stock funds, 18% bond funds, 0% money market funds |
| Fidelity Freedom 2040 Fund® | 89% stock funds, 11% bond funds, 0% money market funds |
| Fidelity Freedom Income Fund® | 21% stock funds, 40% bond funds, 39% money market funds |

Fidelity Freedom Funds are managed by Strategic Advisers, Inc., a registered investment adviser and a Fidelity Investments Company. Lipper, Inc. categorizes non-Fidelity funds into their broad asset allocation categories.

This is one way of classifying your Fidelity holdings; some investors may choose to use their own classifications when evaluating their asset allocation.

For ease of reading, asset allocation percentages are rounded to the nearest whole number. Your Asset Allocation Right for You? To determine the asset allocation strategy that may be right for you, consider your current financial situation, specific investment goals, time frame and personal tolerance for risk. As your goals and needs change over time, you should adjust your plan accordingly. Fidelity has a number of tools to help you determine the allocation that may best match your goals. Please visit Fidelity.com or call a Fidelity representative if you would like this information. Fidelity Distributors Corporation (FDC) is the general distribution agent for Fidelity funds. Fidelity Brokerage Services LLC (FBS) provides brokerage services and clears all transactions through its affiliate, National Financial Services LLC (NFS). NFS and FBS are each direct or indirect subsidiaries of FMR Corp. Fidelity Account℠ and SIPC℠, FBS, NFS and FDC are each direct or indirect subsidiaries of FMR Corp. Upon written request, Fidelity will mail an NFS financial statement. FBS and NFS are members of the NYSE and SIPC. Fidelity Account℠ is a registered service mark of FMR Corp. Fidelity and a service of FBS. Portfolio Advisory Services is a service of Strategic Advisers, Inc., a registered investment adviser and a Fidelity Investments company. Fidelity Private Portfolio Service may be offered through the following Fidelity Investments Companies: Strategic Advisers, Inc., Fidelity Personal Trust Company, FSB ("FPT"), a federal savings bank and a registered investment adviser or Fidelity Management Trust Company ("FMTC"). Non-deposit investment products and trust services offered through FPT and FMTC and their affiliates are not insured or guaranteed by any bank, are subject to risk, including possible loss of principal. These services provide discretionary money management for a fee. Brokerage services provided by FBS, Custody and other services provided by NFS. Insurance products are distributed by Fidelity Insurance Agency, Inc. and Fidelity Investments Insurance Agency of Texas, Inc. Mutual fund shares, other securities held in your account, and insurance products are neither deposits or obligations of, nor endorsed nor guaranteed by any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. Fidelity Investments (with pyramid logo) is a trademark of FMR Corp. Fidelity Portfolio Advisory Service and Fidelity Private Portfolio Service are service marks of FMR Corp.

Page 4 of 5