UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA ROCKMORE,<br><br>      Plaintiff,<br>-against-<br><br>DARRICK E. ANTELL,<br>DARRICK E. ANTELL, M.D., D.D.S., P.C.,<br>DARRICK E. ANTELL, M.D., F.A.C.S and<br>DARRICK E. ANTELL, M.D., F.A.C.S., P.C.,<br><br>      Defendants. | Case No.: 07-CV-3592<br><br>**DECLARATION OF DARRICK E. ANTELL, M.D., DDS** |

I, Darrick E. Antell, M.D., DDS, hereby declare and state under penalty of perjury:

1. Plaintiff Barbara Rockmore, in her Amended Complaint, has lodged a variety of repugnant and frankly defamatory statements concerning my conduct. While I vociferously deny those allegations, at this time I submit this Declaration simply to provide information concerning the validity of the Release that Ms. Rockmore executed, in support of Defendants' Motion to Dismiss.

2. In connection with a government tax investigation into the corporation, Darrick E. Antell, MD, DDS, PC, I agreed to pay any counsel fees that Ms. Rockmore might incur in connection with that investigation. In this regard, and at issue in this matter, I received an invoice for legal services provided by Ms. Rockmore's chosen counsel, the law firm of Arkin Kaplan. This invoice was for $3,066.25, and was paid by check dated July 22, 2004. Ms. Rockmore, as my office manager, cut this check and entered it into our accounts payable system. While Ms. Rockmore speculates that I must have "embargoed" the check for this payment based on the fact that the Arkin

Kaplan law firm did not deposit this check until Monday, August 2, 2004, this speculation has no factual basis. My understanding is that this check was sent out, along with 20 other checks that were cut that day, on July 22, 2004. I do not know why Arkin Kaplan did not deposit this check until August 2nd, but I did not place a hold on this check, as Ms. Rockmore asserts.

3. At the time of Ms. Rockmore's resignation, she was a participant in my office's 401(k) and Profit Sharing plan (the "Plan"). While Ms. Rockmore asserts that I administered this Plan, in fact all administration was handled by Pension Innovations, a third-party administrator. Within weeks of Ms. Rockmore's resignation, notice of her intent to roll over all of her pension funds was received. These funds were rolled over to another account on August 17, 2004, at which point her Plan account was closed, as she no longer had any retirement funds invested in the Plan. A copy of Ms. Rockmore's rollover request, dated August 3, 2004, concerning is annexed hereto, as well as the statement demonstrating this rollover.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of June, 2007, in New York, New York.

_____
Darrick E. Antell, MD, DDS

**Darrick E. Antell, M.D., D.D.S., P.C. Profit Sharing Plan**
**Participant Distribution Election Form**

| | | | |
|---|---|---|---|
| Name: | Barbara Rockmore | Social Security #: | |
| Address: | 200 W. 79 ST. #2K | Date of Birth: | 02/18/1951 |
| City: | New York  State: NY  Zip: 10024 | Date of Separation: | 07/29/2004 |

Due to your separation, you qualify for a benefit distribution from your retirement plan. You may elect to receive your retirement benefit in one of the forms detailed below. **Please select only one option below.**

☐ **Lump Sum Distribution**

A single payment equivalent to your vested accrued benefit earned to date of separation. A single sum cash settlement discharges all plan obligations to you. The exact single sum payable to you will depend on the exact surrender value of your account as of the date surrendered, and may vary from that below due to market fluctuation and any applicable surrender fees. The approximate single sum total available to you equals    $ 37,999.49

☒ **Rollover to an Individual Retirement Account (IRA) or other Qualified Plan:**

A single payment equivalent to your vested accrued benefit earned to date directly transferred to another qualified plan or Individual Retirement Account (IRA). The approximate value of the rollover equals the value indicated above in the Lump Sum Distribution Option. **If you select this option you must complete the information below with respect to the receiving qualified plan or IRA account:**

| | |
|---|---|
| Plan Name (If IRA, put "IRA"): | Rollover IRA |
| Three Digit Plan Number (N/A if IRA): | N/A |
| Name of Plan Trustee or IRA Custodian: | Fidelity Investmens |
| Mailing Address: | 350 Park Avenue  N.Y., NY 10022 |
| Account Number: | — — |
| Plan or IRA Contact Person: | — — |
| Contact's Telephone Number: | 212-371-2327 |
| Additional Information: | |

☐ **Deferred Benefit**

You may elect to maintain your balance in the plan until the later of your Normal Retirement Date or age 62. Your account will be adjusted to reflect investment performance. At your subsequent direction, your account will be distributed under one of the options outlined above based upon the account value at that time.

I have read the above information and elect to receive my benefit payable in the form elected above. I certify that I have received the enclosed Special Tax Notice Regarding Plan Payments. I also understand that I have the right to consider the decision of whether or not to elect a direct rollover for at least 30 days after receipt of this notice.

EXECUTED this __3rd__ day of __August, 2004__.

__Barbara Rockmore__  __S. Arrata__
Signature of Participant                Signature of Plan Administrator or Notary Public

                                        __Simon A. Arrata__
                                        Printed Name of Notary Public

        SIMON A. ARRATA                 State of __New York__
    Notary Public, State of New York    County of __New York__
         No. 02AR5038928
      Qualified in Kings County         My Commission Expires __3/7/07__
      Commission Expires __3/7/07__

### CONSENT OF SPOUSE

I, the undersigned, being the spouse of the plan participant whose signature appears above, do hereby consent to the foregoing distribution election. I understand and acknowledge that as a result of this consent, I will not receive any benefits payable under the plan except to the extent specifically provided for above.

EXECUTED this _____ day of _____, _____.


_____         _____
Signature of Spouse                    Signature of Plan Administrator or Notary Public

                                       _____
                                       Printed Name of Notary Public

                                       State of _____

                                       County of _____

                                       My Commission Expires _____


I certify to the best of my knowledge that the above participant is not married or considered to be married under any common law agreement.


_____
Signature of Plan Representative


Please return this form to:

Pension Innovations & Consulting, LLC
Attn: Chris Koby
2254 Centennial Road
Toledo, OH 43617

# Fidelity®

## FIDELITY PREFERRED SERVICES℠

Envelope 235126206

DARRICK E ANTELL MD DDS PC
BARBARA ROCKMORE
PO BOX 852
NEW YORK NY 10021-0002

### 2004 Investment Report
January 1, 2004 - December 31, 2004

Online — Fidelity.com
FAST(sm)-Automated Telephone — 800-544-5555
Preferred Services — 800-544-6565

▶ Your 2004 Investment Report summarizes activity in your Fidelity accounts for the past year. In order to provide better tax preparation service to our customers, your realized gain/loss information, cost basis information, and tax-exempt income from Fidelity Funds Information are consolidated on Form(s) 1099. You will receive your Form(s) 1099 and your IRA summary statement, Form 5498, under separate cover.

PS

## Fidelity Funds Non-Prototype  2BT-687529   DARRICK E ANTELL - TRUSTEE - DARRICK E ANTELL MD DDS PC 401K PENSION AND PS PLAN FOR THE BENEFIT OF [redacted]

**Income Summary**
Tax-deferred                        $8.22

### 2004 Account Summary
Beginning value as of Jan 1         $37,999.49
Additions                            11,861.26
Transfers between Fidelity accounts -48,588.11  — Rollover to Fidelity
Change in investment value           -1,272.64     IRA Account
Ending value as of Dec 31                $0.00

### Holdings as of Dec 31, 2004
| Symbol/Fund Number | % of Holdings | Income Earned | Shares Dec 31, 2004 | Price per Share Dec 31, 2004 | Total Value Dec 31, 2004 |
|---|---|---|---|---|---|
| Total income earned on positions no longer held | | $8.22 | | | |
| **Total 2004 Income Earned** | | **$8.22** | | | |

### Transaction Details (for holdings with activity this period)



0001  [barcode]  050106 0004 235126206   0104  020

Page 1 of 5

# Fidelity

## FIDELITY PREFERRED SERVICES℠

**2004 Investment Report**
January 1, 2004 - December 31, 2004

Online — Fidelity.com
FAST(sm)-Automated Telephone — 800-544-5555
Preferred Services — 800-544-8565

Envelope 235126206

DARRICK E ANTELL MD DDS PC
BARBARA ROCKMORE
PO BOX 852
NEW YORK NY 10021-0002

▶ Your 2004 Investment Report summarizes activity in your Fidelity accounts for the past year. In order to provide better tax preparation service to our customers, your realized gain/loss information, cost basis information, and tax-exempt income from Fidelity Funds information are consolidated on Form(s) 1099. You will receive your Form(s) 1099 and your IRA summary statement, Form 5498, under separate cover.

## Fidelity Funds Non-Prototype 2BT-687529  DARRICK E ANTELL - TRUSTEE - DARRICK E ANTELL MD DDS PC 401K PENSION AND PS PLAN FOR THE BENEFIT OF BARBARA ROCKMORE

### 2004 Account Summary

| | Income Summary |
|---|---|
| | Tax-deferred |
| Beginning value as of Jan 1 | $37,999.49 |
| Additions | 11,861.26 |
| Transfers between Fidelity accounts | -48,588.11 |
| Change in investment value | -1,272.64 |
| Ending value as of Dec 31 | $0.00 |

### Holdings as of Dec 31, 2004

| | Symbol/Fund Number | % of Holdings | Shares Dec 31, 2004 | Price per Share Dec 31, 2004 | Income Earned | Total Value Dec 31, 2004 |
|---|---|---|---|---|---|---|
| Total income earned on positions no longer held | | | | | $8.22 | |
| Total 2004 Income Earned | | | | | $8.22 | |

### Transaction Details (for holdings with activity this period)

**FIDELITY PREFERRED SERVICES℠**

**Fidelity Funds Non-Prototype** 2BT-687529

DARRICK E ANTELL - TRUSTEE - DARRICK E ANTELL MD DDS PC 401K PENSION
AND PS PLAN FOR THE BENEFIT OF BARBARA ROCKMORE

**2004 Investment Report**
January 1, 2004 - December 31, 2004

### Activity

| Security | Date | Description | Shares | Price per Share | Transaction Amount | Total Value |
|---|---|---|---|---|---|---|
| FIDELITY CASH RESERVES | | | | | | $257.13 |
| | 1/1 | BEGINNING BALANCE | 257.130 | $1.00 | | |
| | 1/30 | DIVIDEND RECEIVED | 0.170 | 1.00 | $0.17 | |
| | 2/27 | DIVIDEND RECEIVED | 0.170 | 1.00 | 0.17 | |
| | 3/31 | DIVIDEND RECEIVED | 0.160 | 1.00 | 0.16 | |
| | 4/30 | DIVIDEND RECEIVED | 0.170 | 1.00 | 0.17 | |
| | 5/28 | DIVIDEND RECEIVED | 0.160 | 1.00 | 0.16 | |
| | 6/30 | DIVIDEND RECEIVED | 0.170 | 1.00 | 0.17 | |
| | 7/30 | DIVIDEND RECEIVED | 0.160 | 1.00 | 0.16 | |
| | 8/10 | PURCHASE CHECK RECEIVED | 11,861.260 | 1.00 | 11,861.26 | |
| | 8/17 | Reinvestment | 0.200 | 1.00 | 0.20 | |
| | 8/17 | DIVIDEND RECEIVED | 2.630 | 1.00 | 2.63 | |
| | 8/17 | Reinvestment Transferred TO 480-885711 | -12,119.580 | 1.00 | -12,119.58 | |
| | 12/31 | Transferred TO 480-885711 ENDING BALANCE | -2.630 | 1.00 | -2.63 | $0.00 |
| FIDELITY CONTRAFUND | | | | | | $21,724.86 |
| | 1/1 | BEGINNING BALANCE | 440.220 | 49.35 | | |
| | 2/6 | DIVIDEND RECEIVED | | | 4.40 | |
| | 2/6 | Reinvestment | 0.087 | 50.29 | 4.40 | |

# FIDELITY PREFERRED SERVICES℠



## 2004 Investment Report
January 1, 2004 - December 31, 2004

**Fidelity Funds Non-Prototype · 2BT-687529**  DARRICK E ANTELL - TRUSTEE - DARRICK E ANTELL MD DDS PC 401K PENSION AND PS PLAN FOR THE BENEFIT OF BARBARA ROCKMORE

### Transaction Details

| Activity Security | Date | Description | Shares | Price per Share | Transaction Amount | Total Value |
|---|---|---|---|---|---|---|
| **FIDELITY GROWTH COMPANY** | | | | | | $0.00 |
| | 8/17 | Transferred TO 480-885711 | -440.307 | 48.74 | -21,460.56 | |
| | 12/31 | ENDING BALANCE | | | | $0.00 |
| **FIDELITY AGGRESSIVE GROWTH** | | | | | | $8,451.47 |
| | 1/1 | BEGINNING BALANCE | 168.793 | 50.07 | | |
| | 8/17 | Transferred TO 480-885711 | -168.793 | 46.24 | -7,804.99 | |
| | 12/31 | ENDING BALANCE | | | | $0.00 |
| **FIDELITY SELECT BIOTECHNOLOGY** | | | | | | $5,254.42 |
| | 1/1 | BEGINNING BALANCE | 351.937 | 14.93 | | |
| | 8/17 | Transferred TO 480-885711 | -351.937 | 14.09 | -4,958.79 | |
| | 12/31 | ENDING BALANCE | | | | $0.00 |
| | | | 44.903 | 51.48 | | $2,311.61 |
| | | | -44.903 | 49.92 | -2,241.58 | |

### Additions

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 8/10 | CHECK RECEIVED | $11,861.26 | | Total | $11,861.26 |

**Additional Information About Your Annual Investment Report**
A copy of your Annual Investment Report is available to:
SCHNEIDER, SCHECTER & YOSS PC
BARBARA ROCKMORE
PENSION INNOVATIONS/CONSULTING

0001        050106 0004 255125206       01 04 020



# Your 2004 Fidelity Investment Report

Your year-end Fidelity Investment Report summarizes activity in your Fidelity account(s) for the past year. This report makes it easier for you to prepare your taxes and to assess whether your investments still suit your needs. This is not a tax form. Do not file this form with your tax return. It does not replace tax forms you will receive such as IRS Form 1099 or Form 5498. Please refer to the instructions on each tax form for reporting tax information to the IRS.

Under separate cover you will receive the following tax forms if you had specific types of activity in your account(s):

- Form 1099-DIV if you own a non-retirement account and received dividends, capital gain distributions, or other reportable distributions;
- Form 1099-B if you own a non-retirement account and redeemed or exchanged shares from a stock or bond mutual fund, or if you sold individual securities;
- Form 1099-INT if you own a non-retirement account and received taxable interest payments;
- Form 1099-OID if you own a non-retirement account and held certain individual bonds originally issued at a discount;
- Form 1099-MISC if you received royalty payments and/or certain substitute payments, such as those in lieu of dividends and tax-exempt interest;
- Form 1099-R if you took a distribution from a retirement account or rechararcterized an IRA contribution;
- Form 5498 if you have a Fidelity IRA, Form 5498 reports contributions and the year-end fair market value of your Traditional IRA, Roth IRA, Rollover IRA, SEP-IRA, or SIMPLE-IRA.

Please keep this report with your permanent records for future reference. If you request a reprint of your statement, the disclosure information provided with your reprint may or may not be the same as the disclosure information provided with your original statement. If you have a question about your account, call us 24 hours a day, 7 days a week at the phone number provided on the front of this report. There is a maintenance period when some services may not be available.

Additional investments to Your Account with Fidelity Investments: For deposits in mutual fund non-retirement accounts make checks payable to the specific mutual fund and for deposits in fund retirement accounts (all account types) make checks payable to Fidelity Investments. For deposits in brokerage accounts designate whether your account number is for your check and for deposit in National Financial Services LLC (NFS). Please include your account number on your check and for deposit in retirement accounts designate whether your contribution is for the current or prior year in the memo field. Mail checks to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

## Your Asset Allocation

Asset allocation is a method of diversifying your investments among asset classes (e.g., stocks, bonds, short-term instruments). We believe that you should use asset allocation principles to create a portfolio that helps meet your needs and that you should review your portfolio of investments at least once a year to help you decide if it still suits your needs.

Current Allocation. To help you determine your current asset allocation, we are providing a snapshot of your Fidelity asset mix. We sorted your Fidelity holdings into four asset categories: Stocks, Bonds, Short-Term Instruments, and Non-Classified. The following table summarizes the representation of individual holdings in your asset allocation pie chart:

| ASSET CATEGORY | TYPES OF INVESTMENTS |
|---|---|
| Stocks | • Fidelity and non-Fidelity funds that invest primarily in stocks<br>• Individual stocks<br>• American Depositary Receipts (ADRs) |
| Bonds | • Fidelity and non-Fidelity funds that invest primarily in bonds<br>• Individual bonds with at least 1 year to maturity |
| Short-Term Instruments | • Fidelity and non-Fidelity money market funds<br>• Bankers Acceptances and Commercial Paper<br>• CDs with less than 1 year until maturity |
| Non-Classified | • Non-Fidelity funds not classified as primarily investing in one asset class (stock, bond, or short-term). Included in this group are convertible securities, balanced funds, flexible portfolio funds, and balanced funds.<br>• Non-Fidelity funds not classified as stock, bond, or short-term at the time we generated this report<br>• Precious metals (bullion, coins)<br>• Options<br>• Warrants and Rights<br>• REITs, UITs, and Limited Partnerships |

Some Fidelity mutual funds ("blended funds") invest a significant amount of their portfolios in more than one asset class. The following funds are apportioned across asset classes based on their neutral mix, which represents the way the Funds' investments will generally be allocated. This mix may vary based on the current outlook for different markets. If you own any of the following funds, as of September 30, 2004, your assets in the fund were allocated as follows:

Fidelity Asset Manager℠  51% stocks, 32% bonds, 15% short-term
Fidelity Asset Manager: Aggressive®  87% stocks, 9% bonds and 4% short-term
Fidelity Asset Manager: Growth®  74% stocks, 16% bonds, 10% short-term
Fidelity Asset Manager: Income®  25% stocks, 43% bonds, 32% short-term
Fidelity Balanced Fund  68% stocks, 31% bonds, 1% short-term
Fidelity Puritan® Fund  63% stocks, 31% bonds, 1% convertibles
Fidelity Four-in-One Index Fund  55.0% Spartan® 500 Index Fund, 15.4%, Spartan® 0001  050106 0004 235126206

Fidelity Freedom Funds are managed by Strategic Advisers, Inc., a registered investment adviser and a Fidelity Investments Company.

Lipper, Inc., categorizes non-classified funds into their broad asset allocation categories: stock, bond, short-term and non-classified.

This is one way of classifying your Fidelity holdings; some investors may choose to use their own classifications when evaluating their asset allocation.

For ease of reading, asset allocation percentages are rounded to the nearest whole number.

Is Your Asset Allocation Right for You? To determine the asset allocation strategy that may be right for you, consider your current financial situation, specific investment goals, time frame, and personal tolerance for risk. As your goals and needs change over time, you should adjust your plan accordingly. Fidelity has a number of tools to help you determine the allocation that may best match your goals. Please visit Fidelity.com or call a Fidelity representative.

Portfolio Advisory Services℠ is a service of Strategic Advisers, Inc., a registered investment adviser and a Fidelity Investments company, and is also available for inspection at its office through the following Fidelity Investments Companies: Strategic Advisers, Inc., Fidelity Personal Trust Company, FSB ("FPT"), a federal savings bank and a registered investment adviser or Fidelity Management Trust Company ("FMTC"). Non-deposit investment products and trust services offered through FPT and FMTC and their affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. These services provide discretionary money management for a fee. Brokerage services provided by FBS, Fidelity Insurance Agency, Inc., and Fidelity Investments Insurance Agency of Texas, Inc. Mutual fund shares and other securities held in your account, and insurance products are neither deposits or obligations of, nor guaranteed for the FDIC or any other agency. Fidelity Investments (with pyramid logo) is a trademark of FMR Corp. Fidelity Portfolio Advisory Service and Fidelity Private Portfolio Service are service marks of FMR Corp.

Extended Market Index Fund, 15.2%, Spartan® International Index Fund, and 14.4%, Fidelity U.S. Bond Index Fund.

The percentages listed below represent each of the following funds' actual allocation as of September 30, 2004:

Fidelity Freedom 2000 Fund®   26% stock funds, 42% bond funds, 32% money market funds
Fidelity Freedom 2010 Fund®   47% stock funds, 44% bond funds, 9% money market funds
Fidelity Freedom 2020 Fund®   70% stock funds, 30% bond funds, 0% money market funds
Fidelity Freedom 2030 Fund®   82% stock funds, 18% bond funds, 0% money market funds
Fidelity Freedom 2040 Fund®   89% stock funds, 11% bond funds, 0% money market funds
Fidelity Freedom Income Fund®  21% stock funds, 40% bond funds, 39% money market funds

NFS, and FDC are each direct or indirect subsidiaries of FMR Corp. Fidelity Accounts℠ is FBS' registered service mark of FMR Corp. FBS and NFS are members of the NYSE and SIPC℠. FBS, registered service mark of FMR Corp. Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office.