LITTLER MENDELSON
A Professional Corporation
885 Third Avenue, 16th Floor
New York, New York 10022.4834
212.583.9600

Andrew P. Marks, Esq. (AM-0361)
Cassaundra L. Manning, Esq. (CM-1928)
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARBARA ROCKMORE,

              Plaintiff,

-against-

DARRICK E. ANTELL,
DARRICK E. ANTELL, M.D., D.D.S., P.C.,
DARRICK E. ANTELL, M.D., F.A.C.S and
DARRICK E. ANTELL, M.D., F.A.C.S., P.C.,

              Defendants.

Case No.: 07-CV-3592

**NOTICE OF APPEARANCE**

**Electronically Filed**

---

**PLEASE TAKE NOTICE** that Andrew P. Marks (AM-0361) and Cassaundra L. Manning, Esq. (CM-1928) of the law firm of Littler Mendelson, a Professional Corporation, 885 Third Avenue, 16th Floor, New York, New York, 10022, hereby appear as counsel for Defendants Darrick E. Antell, Darrick E. Antell, M.D., D.D.S., P.C., Darrick E. Antell, M.D., F.A.C.S and Darrick E. Antell, M.D., F.A.C.S., P.C. in the above-captioned matter.

Dated: July 17, 2008
      New York, New York

                              LITTLER MENDELSON, P.C.

                              /s Andrew P. Marks
                              Andrew P. Marks (AM-0361)
                              Cassaundra L. Manning (CM-1928)
                              885 Third Avenue, 16th Floor
                              New York, NY  10022.4834
                              212.583.9600
                                  Attorneys for Defendants Darrick E. Antell, Darrick E. Antell, M.D., D.D.S., P.C., Darrick E. Antell, M.D., F.A.C.S and Darrick E. Antell, M.D., F.A.C.S., P.C.

LITTLER MENDELSON
A Professional Corporation
885 Third Avenue, 16th Floor
New York, New York 10022.4834
212.583.9600

Andrew P. Marks, Esq. (AM-0361)
Cassaundra L. Manning, Esq. (CM-1928)
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA ROCKMORE,<br><br>Plaintiff,<br>-against-<br><br>DARRICK E. ANTELL,<br>DARRICK E. ANTELL, M.D., D.D.S., P.C.,<br>DARRICK E. ANTELL, M.D., F.A.C.S and<br>DARRICK E. ANTELL, M.D., F.A.C.S., P.C.,<br><br>Defendants. | Case No.: 07-CV-3592<br><br>**CERTIFICATE OF SERVICE**<br><br>**Electronically Filed** |

Cassaundra L. Manning, of full age, hereby certifies as follows:

1.  I am an attorney with the firm of Littler Mendelson, P.C., counsel for Defendants Darrick E. Antell, Darrick E. Antell, M.D., D.D.S., P.C., Darrick E. Antell, M.D., F.A.C.S and Darrick E. Antell, M.D., F.A.C.S., P.C. in the above-captioned matter.

2.  On July 17, 2008, I caused a true and complete copy of the Notice of Appearance of Andrew P. Marks and Cassaundra L. Manning to be electronically filed with the Clerk of the District Court using the CM/ECF systems, which sent notification of such filing to the following:

> Scott A. Lucas, Esq. (SL-6316)
> Law Offices of Scott A. Lucas
> Attorneys for Plaintiff Barbara Rockmore
> 60 East 42nd Street, Suite 1001
> New York, New York 10165
> (212) 573-6906
> scott@lucasemploymentlaw.com

3.  I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

> /s Cassaundra L. Manning
> Cassaundra L. Manning

Dated: July 17, 2008